**DISTRICT COURT OF MARYLAND FOR** _____
LOCATED AT (COURT ADDRESS)

**COMPLAINT/APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT**
☐ $5,000 or under    ☒ over $5,000

**CASE NO.** CV D-05-CV-23-014987

Clerk: Please docket this case in an action of ☐ contract ☐ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim ☒ consumer debt (original creditor)

The particulars of this case are: Violation of the FCRA. 15 USC 1681A, 15 USC 1681 B, 15 USC 1602 K and L. Violation of the Truth and Lending 15 USC 1662.B. Committed Fraud by taking money from me in form of cash for down payment.

**PARTIES**

Plaintiff: Eddie Dubose
611 Harry S. Truman Dr. #404
Upper Marlboro M.D. 20774

**VS.**

Defendant(s):
1. Audi Financial Services
1401 Franklin Blvd
Libertyville, IL 60048
Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

2. VW Credit
~~1401 Franklin Blvd~~
2550 Corporate Park Drive ~~400~~
Herndon, VA 20174
Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

3. VW Credit, Inc
r/a CSC-Lawyers Incorporating Company
7 St Paul Street
Suite 920 Baltimore MD. 21202
Serve by: ☐ Certified Mail ☒ Private Process ☐ Constable ☐ Sheriff

4.

(See Continuation Sheet)

☒ I am interested in trying to resolve this dispute through mediation/ADR. (You will be contacted about ADR services after the defendant is served.)

The plaintiff claims $ 30,000 , plus interest of $_____, interest at the ☐ legal rate ☐ contractual rate calculated at _____%, from _____ to _____ ( _____ days x $_____ per day) and attorney's fees of $_____ plus court costs.

☐ Return of the property valued at $_____ and damages of $_____ for its detention in an action of replevin.

☐ Return of the property, or its value, $_____ and damages of $_____ for its detention in action of detinue.

☒ Other: Down payment and monies tendered and demands judgment for relief.

Signature of Plaintiff/Attorney/Attorney Code    Attorney Number
Printed Name: Eddie Dubose
Address: 611 Harry S. Truman Dr. 404
Upper Marlboro M.D. 20774
Telephone Number: 202-476-1674
Fax:
E-mail:

**ATTORNEYS**
For Plaintiff – Name, Address, Telephone Number & Code

**MILITARY SERVICE AFFIDAVIT**

☐ Defendant(s) _____ is/are in the military service.
☐ Verified through DOD at: http://scra.dmdc.osd.mil/
☐ No defendant is in the military service. The facts supporting this statement are:_____

Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.

☒ I am unable to determine whether or not any defendant is in military service.

I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in this Affidavit are true and correct to the best of my knowledge, information, and belief.

3-27-23
Date                    Signature of Affiant

**APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT** (See Plaintiff Notice on Back Page)

The attached documents contain sufficient detail as to liability and damage to notify the defendant clearly of the claim against the defendant, including the amount of any interest claimed.

☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet ☐ Vouchers ☐ Check ☐ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate

I HEREBY CERTIFY: That I am the ☒ plaintiff ☐ _____ of the plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the defendant to the plaintiff the sum set forth in the complaint.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of this document are true.

3-27-23
Date                    Signature of Affiant

DC-CV-001 (front) (Rev. 07/01/2021)   Print Date 10/2021                    CMPET

## NOTICE TO DEFENDANT
### Before Trial

**This complaint contains the details of the claim against you** and the relief that the plaintiff (the person or company suing you) seeks. The plaintiff has the burden to provide evidence to prove their case at trial. If the plaintiff has completed the affidavit portion of the complaint form, the evidence should be attached to the complaint.

**You may hire your own attorney.** If you're not able to hire an attorney, you can get legal help from an attorney through a **Maryland Court Help Center.** Court locations are open Monday to Friday from 8:30 a.m. to 4:30 p.m. Help is available by phone at 410-260-1392 or by live chat Monday through Friday from 8:30 a.m. to 8:00 p.m. For Help Center locations, visit: mdcourts.gov/helpcenter.

The clerk of the court is not permitted to give you legal advice. If you have any questions, you should consult the Maryland Court Help Center or your own attorney.

**If you wish to contest (fight) the claim,** you must file the Notice of Intention to Defend (located at the bottom of your summons). The case will be set for trial. If you wish to have your witnesses appear at trial, you should contact the clerk's office at least two weeks before the trial date to request subpoenas, and you should bring to court on the trial date all evidence you want the court to consider. If you don't bring your evidence to the hearing, the judge can't consider it.

**If you do nothing,** you could lose even though you did not appear in court. A judgment could be entered against you with consequences that may include a lien on your property, garnishment of your wages, and freezing your bank account.

**You may request a remote hearing.** At the remote hearing you would not appear in person, but rather by computer, tablet, or other appropriate electronic device. For more information about remote hearings, visit mdcourts.gov/district/remotehearings or contact the court (mdcourts.gov/district/directories/courtmap). If you do not attend the hearing, a judgment could be entered against you.

### If Judgment is Entered Against You (If You Lose)

**IF YOU <u>DISAGREE</u> WITH THE COURT'S RULING,** you may:
1. Ask the court for a new trial by filing a Motion for a New Trial within **10 days** after the entry of judgment, stating your reasons clearly. If the court denies your motion, you may still file an appeal; if the court grants your motion, you must appear in the District Court for a new trial.
2. Ask the court to change the judgment by filing a Motion to Alter or Amend the Judgment within **10 days** after the entry of judgment.
3. Ask the court to change or undo the judgment by filing a Motion to Revise or Vacate the Judgment within **30 days** after the entry of judgment.
4. **APPEAL** to the Circuit Court, by filing a Notice of Appeal in the District Court within **30 days** after the entry of judgment. You will have to pay a filing fee (see Guide to Appeal Fees - DCA-109A), unless the court determines that you are indigent. If the amount of the claim, not counting court costs, interest, and attorney's fees, was $5,000 or less, you will have a new trial in the circuit court. If the amount of the claim, was more than $5,000, you will also have to order and pay for a transcript of the District Court trial record, by contacting the District Court clerk's office (see Transcripts & Recordings Brochure - DCA-027BR).

**IF YOU DECIDE <u>NOT</u> TO APPEAL AND <u>NOT</u> TO FILE ONE OF THE ABOVE MOTIONS,** you may contact the plaintiff or plaintiff's attorney to arrange to pay the amount owed. If you do not pay the amount owed, the plaintiff or plaintiff's attorney may initiate further proceedings to enforce the judgment, including:
1. **Judgment Debtor Information Sheet:** You may receive form CC-DC-CV-114 from the plaintiff requesting information about your income and debts. If you complete the form accurately and return it to the creditor as indicated, you will not have to answer interrogatories or appear for an oral examination for at least a year from the date of judgment.
2. **Interrogatories:** These are written questions. You must answer these written questions about your income and assets in writing under penalties of perjury.
3. **Oral Examination:** You must appear in court to testify in response to questions about your assets and income.
4. **Writ of Execution:** This document requires the sale or seizure of any of your possessions. Some of your property or possessions may be protected from the writ. These exemptions are explained in detail on the reverse side of the Writ of Execution - form DC-CV-040. The court could order you to pay additional expenses such as towing, moving, storage fees, advertising costs, and auctioneer's fees incurred in executing the writ.
5. **Garnishment of Property:** The court may issue a writ freezing your bank account or holding your assets until further court proceedings.
6. **Garnishment of Wages:** The court may issue a writ ordering your employer to withhold a portion of your wages to pay your debt. The law provides certain exemptions from garnishment.

If you have any questions, you should consult an attorney. The clerk of the court is not permitted to give you legal advice. More information can be found in court brochures located in the clerk's office or online at: mdcourts.gov/district/public_brochures or mdcourts.gov/legalhelp/moneyissues

### NOTICE TO PLAINTIFF

**REQUESTING A JUDGMENT BY AFFIDAVIT OR DEFAULT:**
Federal Law requires the filing of a military service affidavit. Information about the Servicemembers Civil Relief Act and the required affidavit can be found on the court's website at: mdcourts.gov/reference/scra.

**AFTER THE COURT ENTERS A JUDGMENT:**
1. If the court enters a judgment for a sum certain, you have the right to file for a lien on real property.
2. If you disagree with the outcome of the case, you have the same post-trial rights as the defendant does: you may file an Appeal, a Motion for New Trial, a Motion to Alter or Amend the Judgment or a Motion to Revise or Vacate the Judgment. See above for further information concerning these rights.

**DC-CV-001** (back) (Rev. 07/01/2021)   Print Date 10/2021                                                                                               CMPET



Audi Financial Services

March 15, 2023

5/26/21 4 01 PM 3   0000606 20230316 UC6AH101 AudLTR 1 oz DOM UC6AH10000* 157962 DA

EDDIE DUBOSE
611 HARRY S TRUMAN DR APT 407
LARGO MD 20774-2085



Audi Financial Services
PO Box 7498
Libertyville, IL 60048-7498
Phone (888) 237-2834
Fax (847) 281-4366
www.audiusa.com/myaudi

Re:   Customer's Name:   Eddie J. Dubose
      Account Number:    XXXXX6843
      Vehicle:           2017 Audi A6
      VIN:               WAUF3BFC2HN009762

Dear Eddie J. Dubose

Your Identity Theft claim has been thoroughly investigated. The results of this investigation concluded that the information provided does not validate your claim.

Please be advised that normal invoicing or collection activity will resume on your account in accordance with the terms of your enclosed contract.

If you have any questions or additional information regarding your claim, please contact our team directly at 1-800-428-3032, Monday through Friday from 10AM to 7PM EST.

Sincerely,

Audi Financial Services
Fraud Department

VW Credit, Inc. (d.b.a. Volkswagen Credit and Audi Financial Services) is a servicer for VW Credit Leasing, Ltd. and VCI Loan Services, LLC

20-254-GG(6-13)

I received your letter WHICH WAS MAILED TO AN INCORRECT ADDRESS that has NOTHING tied to a contract or your company & I wish the FUCK YOU WOULD "RESUME" any attempt for anything!

I have NO contract with you guys & I have NO terms.

ANY ACCOUNT with Audi is PAID OFF AND CLOSED!

I will be RE sending you guys AUDI FINANCIAL SERVICES STRICT INSTRUCTIONS UNDER CONSUMER LAW!

YOU WILL remove ALL TRANSACTIONS FROM MY CONSUMER REPORT IMMEDIATELY OR I WILL SUE!

IN FACT I WILL BE SUBMITTING LAWSUIT to the court this week!

Thanks for your negligence and EVIDENCE OF HARASSMENT AND MALICE to my CONSUMER REPORT.

*[Signature]*
*Tynesha*
3-27-2023

*[Notary seal: M. Robinson, Notary Public, My Comm Exp Feb 14, 2027, District of Columbia]*

§ 603 – 15 U.S.C. § 1681a

### § 601. Short title

This title may be cited as the "Fair Credit Reporting Act."

### § 602. Congressional findings and statement of purpose [15 U.S.C. § 1681]

(a) *Accuracy and fairness of credit reporting.* The Congress makes the following findings:

    (1) The banking system is dependent upon fair and accurate credit reporting. Inaccurate credit reports directly impair the efficiency of the banking system, and unfair credit reporting methods undermine the public confidence which is essential to the continued functioning of the banking system.

    (2) An elaborate mechanism has been developed for investigating and evaluating the credit worthiness, credit standing, credit capacity, character, and general reputation of consumers.

    (3) Consumer reporting agencies have assumed a vital role in assembling and evaluating consumer credit and other information on consumers.

    (4) There is a need to insure that consumer reporting agencies exercise their grave responsibilities with fairness, impartiality, and a respect for the consumer's right to privacy.

(b) *Reasonable procedures.* It is the purpose of this title to require that consumer reporting agencies adopt reasonable procedures for meeting the needs of commerce for consumer credit, personnel, insurance, and other information in a manner which is fair and equitable to the consumer, with regard to the confidentiality, accuracy, relevancy, and proper utilization of such information in accordance with the requirements of this title.

### § 603. Definitions; rules of construction [15 U.S.C. § 1681a]

(a) Definitions and rules of construction set forth in this section are applicable for the purposes of this title.

(b) The term "person" means any individual, partnership, corporation, trust, estate, cooperative, association, government or governmental subdivision or agency, or other entity.

(c) The term "consumer" means an individual.

(d) Consumer Report

    (1) *In general.* The term "consumer report" means any written, oral, or other communication of any information by a consumer reporting agency bearing on a consumer's credit worthiness, credit standing,

1

§ 603 – 15 U.S.C. § 1681a

    credit capacity, character, general reputation, personal characteristics, or mode of living which is used or expected to be used or collected in whole or in part for the purpose of serving as a factor in establishing the consumer's eligibility for

    (A)  credit or insurance to be used primarily for personal, family, or household purposes;

    (B)  employment purposes; or

    (C)  any other purpose authorized under section 604 [§ 1681b].

(2) *Exclusions.* Except as provided in paragraph (3), the term "consumer report" does not include

    (A)  subject to section 624, any

        (i)  report containing information solely as to transactions or experiences between the consumer and the person making the report;

        (ii)  communication of that information among persons related by common ownership or affiliated by corporate control; or

        (iii)  communication of other information among persons related by common ownership or affiliated by corporate control, if it is clearly and conspicuously disclosed to the consumer that the information may be communicated among such persons and the consumer is given the opportunity, before the time that the information is initially communicated, to direct that such information not be communicated among such persons;

    (B)  any authorization or approval of a specific extension of credit directly or indirectly by the issuer of a credit card or similar device;

    (C)  any report in which a person who has been requested by a third party to make a specific extension of credit directly or indirectly to a consumer conveys his or her decision with respect to such request, if the third party advises the consumer of the name and address of the person to whom the request was made, and such person makes the disclosures to the consumer required under section 615 [§ 1681m]; or

    (D)  a communication described in subsection (o) or (x).[1]

---

1 Should be read as "(o) or (y)" because section 603(x) was re-designated as 603(y) in 2010 by the CFPA.

2

I'm done playing games with you people & I am not going to tolerate this bullshit! The LAW CLEARLY SAYS 15usc1681a Line 2 EXCLUSIONS

Consumers Transactions and experiences are NOT a part of the consumer report. The consumer ( Eddie Dubose ) the person ( AUDI FINANCIAL SERVICES / VW CREDIT ) the transactions ( payment history ) and experiences ( utilization )

This section of the LAW says I can opt out of having this INCLUDED / REPORTED and I am exercising that right!

REMOVE THE TRANSACTIONS / PAYMENT HISTORY FROM MY CONSUMER REPORT IMMEDIATELY!